UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ERIC WILLIE,

                         Plaintiff,

           -against-

COUNTY OF NASSAU, NASSAU COUNTY
CORRECTIONS OFFICER ROMANO, in his individual
and official capacities, NASSAU COUNTY
CORRECTIONS OFFICER #1640, in his individual and
official capacities, NASSAU COUNTY SHERIFF
ANTHONY J. LAROCCO, in his individual and official
capacities, and CORRECTIONS OFFICER JOHN DOES
#1-10 (fictitiously named), in their individual and official
capacities,

                         Defendants.

---------------------------------------------------------------- X

**Docket No.:**
**2:26-cv-01689 (GRB)(ST)**


**STIPULATION AND
ORDER OF DISMISSAL**

       IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the parties in the within action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, pursuant to the terms of the parties' Settlement Agreement and Release.

Dated: July 31, 2026

**HORN WRIGHT, LLP**
*Attorneys for Plaintiff*

By: _____
     Sheetal Paul
     400 Garden City Plaza, Suite 500
     Garden City, New York 11530
     Tel: 516.355.9696
     paf@hornwright.com

**NASSAU COUNTY ATTORNEY'S OFFICE**
*Attorneys for Defendants*

By: _____
     Matthew M Rozea
     One West Street
     Mineola, New York 11501
     Tel: 516.571.3046
     sdalton@nassaucountyny.gov

**SO ORDERED:**

_____
**HON. GARY R. BROWN, U.S.D.J.**